**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Civil Action No. 12-cv-00681-WJM

WELLS FARGO BANK N.A., as Trustee under that certain Pooling & Servicing Agreement dated 03-01-06 for the registered holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2006-C1 etc.,

    Plaintiff,

v.

TANVEER KAHN, and
SAMIRA KAHN,

    Defendants.
_____

**ORDER OF RECUSAL**
_____

This matter is before the Court *sua sponte*. The undersigned has a financial interest in Plaintiff through ownership of shares in three mutual funds owned by a securities affiliate of Plaintiff. Pursuant to 28 U.S.C. §455(b)(4) and the Code of Conduct of Conduct for United States Judges, his recusal in this matter is required.

Accordingly, the undersigned hereby RECUSES himself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

Dated this 20th day of March, 2012.

                                                                               BY THE COURT:

                                                                               William J. Martínez
                                                                               United States District Judge