IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 12-cv-00681-RPM

WELLS FARGO BANK, N.A., as Trustee under that certain
Pooling and Servicing Agreement dated March 1, 2006
for the registered holders of Credit Suisse First Boston
Mortgage Securities Corp., CommercialMortgage
Pass-Through Certificates, Series 2006-C1 and as
Servicer for U.S. Bank National Association, as
Trustee for the registered holders of,
Mezz Cap CommercialMortgage Trust,
CommercialMortgage Pass-Through Certificates,
Series 2006-C4 under Intercreditor Agreement Among Noteholders,

    Plaintiff,
v.

TANVEER KHAN, and
SAMIRA KHAN,

    Defendants.

_____

### ORDER OF RECUSAL
_____

Because my wife has securities accounts with Wells Fargo Bank, NA, there is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

ORDERED that the Clerk of Court shall reassign this civil action.

DATED: March 20th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge