IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00681-WYD-CBS

WELLS FARGO BANK, N.A., as Trustee under that certain
Pooling and Servicing Agreement dated March 1, 2006
for the registered holders of Credit Suisse First Boston
Mortgage Securities Corp., CommercialMortgage
Pass-Through Certificates, Series 2006-C1 and as
Servicer for U.S. Bank National Association, as
Trustee for the registered holders of,
Mezz Cap CommercialMortgage Trust,
CommercialMortgage Pass-Through Certificates,
Series 2006-C4 under Intercreditor Agreement Among Noteholders,

      Plaintiff,

v.

TANVEER KHAN, and
SAMIRA KHAN,

      Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the Stipulation of Dismissal Without

Prejudice filed on February 20, 2014.  After a careful review of the Stipulation and the

file, it is

ORDERED that the Stipulation of Dismissal Without Prejudice (ECF No. 57) is

**APPROVED** and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii), each party to pay its/his/her own costs and attorney's fees.

Dated:  February 21, 2014

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge